**CHIEF JUSTICE**
 ROGELIO VALDEZ

**JUSTICES**
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

**CLERK**
 CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 30, 2015

Hon. William A. White
Attorney at Law
PO Box 7422
Victoria, TX 77903-7422
* DELIVERED VIA E-MAIL *

Hon. Robert E. Bell
District Attorney
115 W. Main Street, Rm. 205
Edna, TX 77957
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-14-00744-CR
Tr.Ct.No. 13-11-9159
Style:     Charles Dane Hill v. The State of Texas

Appellant's motion for leave to file brief **and** appellant's motion to consolidate this appeal with cause nos. 13-14-00742-CR and 13-14-00743-CR for purposes of briefing were this day GRANTED by this Court. The brief has been ordered filed as of June 17, 2015, the date of receipt.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:dot